SIMEON STRICKLAND, PLAINTINFF IN ERROR, VS. THE
    LOUISVILLE & NASHVILLE RAILIOAD COMPANY, A
    CORPORATION, DEFENDANT IN ERROR.

Appellate Practice—Failure to File Abstracts of Record—Dismis-
    sal.

Were there is a total failure to file abstracts of the record as pro-
    vided for by rule 20 of this court, as adopted September 16, 1895,
    the writ of error will be dismissed.

Writ of Error to the Circuit Court for Walton
County.

The facts in the case are stated in the opinion of
the Court.

*D. L. McKinnon*, for Plaintiff in Error.

*Daniel Campbell*, for Defendant in Error.

PER CURIAM:

The writ of error in this cause having been made
returnable to the January term, 1896, of this court, and
the cause being now reached in its regular order on the
docket for final adjudication, and the plaintiff in error
and his attorney having failed to file any abstracts of the
record as provided for by rule 20 of this court, adopted
September 16th, 1895, the said writ of error is hereby
dismissed at the cost of the plaintiff in error.